Roger A. Colvin, Esq., (State Bar No. 68773)
ALVAREZ-GLASMAN & COLVIN
13181 Crossroads Parkway North
Suite 400 - West Tower
City of Industry, California  91746
(562) 699-5500          Office
(562) 692-2244          Facsimile
rcolvin@agclawfirm.com

JS-6

Attorneys for Defendants, City of West Covina,
Frank Wills, Keith Shishido, David Melnyk, and
Kenneth Plunkett

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE GOTTO, individually and as successor in interest to DON RAY GOTTO; JOLENE HUMPHREY AKA JOLENE NELSON, individually and as successor in interest to DON RAY GOTTO; WEST HUMPHREY, individually and as successor in interest to DON RAY GOTTO; ALICIA HUMPHREY, individually and as successor in interest to DON RAY GOTTO<br><br>     Plaintiffs,<br><br> vs.<br><br>CITY OF WEST COVINA; CITY OF COVINA; FRANK WILLS; KIM RANEY; KEITH SHISHIDO; DAVID MELNYK; PATRICK BUCHANAN; KENNETH PLUNKETT; CHRISTOPHER VARELA and DOES 1 to 10;<br><br>     Defendants.<br>_____ | Case No.:  CV07-4899 JFW (Ex)<br><br>Honorable John F. Walter<br><br>ORDER OF DISMISSAL |

Pursuant to the stipulation by and between the parties and good cause shown, the Court hereby orders the Third Amended Complaint dismissed with prejudice. Each party to bear their own fees and costs.

IT IS SO ORDERED.

DATED: November 26, 2008

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1